1

2

3

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  KENNETH MILLS,                    No. 2:05-cv-0947-MCE-PAN-P

12          Petitioner,

13      v.                            ORDER

14  STATE OF CALIFORNIA,

15          Respondent.
    _____/

16

17      Petitioner, a state prisoner proceeding pro se, has filed an

18  Application for a Writ of Habeas Corpus pursuant to 28 U.S.C.

19  § 2254.  The matter was referred to a United States Magistrate

20  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General

21  Order No. 262.

22      On March 17, 2006, the magistrate judge filed Findings and

23  Recommendations herein which were served on Petitioner and which

24  contained notice to petitioner that any Objections to the

25  Findings and Recommendations were to be filed within twenty (200)

26  days.

1

1  Petitioner has not filed Objections to the Findings and

2  Recommendations.

3      The Court has reviewed the file and finds the Findings and

4  Recommendations to be supported by the record and by the

5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

6  that:

7      1.  The Findings and Recommendations filed March 17, 2006,

8  are adopted in full; and

9      2.  This action is dismissed without prejudice.

10 DATED: April 28, 2006

11

12

13                              _____
                                MORRISON C. ENGLAND, JR
14                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26