IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Petitioner,                     No. CIV S-05-0947 MCE PAN P

    vs.

STATE OF CALIFORNIA,

    Respondent.                ORDER

_____/

On April 2, 2007, petitioner filed a request for appointment of counsel. This petition for writ of habeas corpus was dismissed on May 1, 2006 as duplicative of petitioner's habeas corpus petition presented in CIV S-03-0341 GEB PAN P.[1] Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: April 30, 2007.

                             /s/ [signature]
                           UNITED STATES MAGISTRATE JUDGE

/001; mill2850.158

---

[1] Petitioner's habeas petition in CIV S-03-0341 GEB PAN P was denied on the merits on November 21, 2006. A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980). Petitioner's filing also contained the case number 05-2580, but there is no such case number in this court.